EXHIBIT 1

COPY

1    KEITH M. KNOWLTON, L.L.C.                    SEP 3 0 2016
2    9920 S. Rural Road, Suite 108
     PMB# 132                                     MICHAEL K. JEANES, CLERK
3    Tempe, Arizona 85284-4100
     (480) 755-1777                               DEPUTY CLERK
4    FAX (480) 471-8956
     Attorney for Plaintiff
5    **Keith M. Knowlton - SBN 011565**
     keithknowlton@msn.com
6    *Attorney for Plaintiff*
7
8            IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
9               IN AND FOR THE COUNTY OF MARICOPA
10   Michael Davis, an individual,
11                 Plaintiff,
                                                  CV2016-096480
12   vs.
                                                  COMPLAINT
13   City of Phoenix;  Officer Brian Lilly #7639
     and Spouse Lilly, husband and wife;
14   Officer Timothy Keating #8632 and Spouse
     Keating, husband and wife,
15                 Defendants.
16
17
18        Plaintiff Michael Davis, as and for his Complaint against Defendants, alleges
19   as follows:
20                     **JURISDICTIONAL ALLEGATIONS**
21        1.    Plaintiff Michael Davis at all times relevant to the complaint resided in
22   Maricopa County.
23        2.    Defendant City of Phoenix is a municipal entity of the State of
24   Arizona.  The City of Chandler Police Department is a law enforcement agency
     within the jurisdiction and control of the City of Chandler and is a non-jural entity.
25        3.    Defendant Officer Brian Lilly # 7639 at all times relevant to this
26

1735964.1

1   complaint was a sworn law enforcement officer of the Phoenix Police Department.

2       4.    Defendant Officer Timothy Keating # 8632 at all times relevant to this

3   complaint was a sworn law enforcement officer of the Phoenix Police Department.

4       5.    Upon information and belief, if married the individual Defendants set

5   forth above acted in such a manner as to benefit the marital community.  The

6   Spouse Defendant name is unknown at this time and Plaintiff will amend the

7   complaint to include spouses name upon discovery.

8       6.    Defendants John and/or Jane Does I-X and Partnerships and/or

9   Corporations I-X are individuals and or entities that are liable to Plaintiffs for the

10  injuries set forth herein and who are unknown to Plaintiffs at this time.  Plaintiffs

11  will amend the complaint to include these Defendants as soon as their names are

12  discovered.

13      7.    Defendants and each of them caused events to occur in Maricopa County

14  out of which this complaint arose.

15      8.    Upon information and belief, the City of Phoenix is respondiate superior

16  liable for the acts of their Defendant employees on all state tort claims.

17                      **JURISDICTION AND VENUE**

18      9.    Plaintiff has fully complied with the requirements of A.R.S. §12-821.01

19  to bring this action against the City of Phoenix and/or their employees.

20      10.   This Court has jurisdiction and venue over this matter and the parties.

21                          **JURY DEMAND**

22      11.   A jury trial is requested.

23                      **FACTUAL ALLEGATIONS**

24      12.   Plaintiff incorporated herein by this reference all the preceding numbered

25  paragraphs.

26      13.   On October 4, 2015, at about 0800 hours Officers Lilly and Keating

2

("Defendant Police Officers")stopped Michael Davis and seized him based on an outstanding warrant.

14.     Lilly and Keating assert in the police report that Davis resisted having his hand cuffs reattached to his wrists and that Lilly and Keating had to use force to get the hand cuffs back on Davis's wrists.

15.     They admit forcing him into a washing machine and ultimately getting Davis on the ground and getting him handcuffed.

16.     The handcuffs were never removed and were still attached to Plaintiff when the force was used to take him to the ground.

17.     In the process of taking Davis to the ground, one of them kneed Davis in the jaw causing him severe pain.

18.     Once delivered to the jail, Davis's face was sore and swollen, he could not eat and he was sent by medical at the jail for a CT scan.

19.     The CT scan, taken on October 16, 2015 revealed Davis had "a minimally displaced left parasymphyseal fracture.  A 2nd fracture is noted involving the right mandibular ramis mildly displaced."

## COUNT ONE
## NEGLIGENT HIRING, RETENTION AND SUPERVISION

20.     The allegations circumstances set forth above are fully incorporated herein by this reference.

21.     Upon information and belief, the City of Phoenix was grossly negligent and/or negligent in the hiring and/or training and/or supervision of the Defendant Police Officers.  Had the City of Phoenix been careful in the hiring, training and/or supervision of the Defendant Police Officers, they would not have kneed Plaintiff in the fact taking him down to the ground.

22.     The City of Phoenix negligence as set forth herein proximately cause Plaintiff injury in an amount to be proven at trial.

3

## COUNT TWO
## NEGLIGENCE

23.   The allegations set forth above are fully incorporated herein by this reference.

24.   A police officer may use reasonable force to arrest or detain a person, to prevent escape, or to overcome resistance when he has reasonable cause to believe that the person has committed a crime.

25.   The Defendant Police Officers were negligent in using force to take Plaintiff to the ground as set forth above.

26.   The force used was not necessary and was not reasonable.

27.   As a result of the Defendant Police Officers actions alleged above, Plaintiff suffered damages, physical injury, endured pain and mental and emotional distress all in an amount to be determined at trial.

28.   The Defendant Police Officers proximately caused Plaintiff damages in an amount to be proven at trial.

29.   Defendant City of Phoenix is respondeat superior liable for the actions of the Defendant Coons and the unknown police officer.

## COUNT THREE
## ASSAULT AND BATTERY

30.   The allegations set forth above are fully incorporated herein by this reference.

31.   The Defendant Police Officers intentionally caused Plaintiff to fear a harmful or offensive touching.

32.   Without probable cause or legal basis (not reasonable or necessary) the Police Officer Defendants kneed Plaintiff in the face as they were taking him to or he was on the ground while handcuffed.

33.   This use of force constituted a harmful and offensive touching.

4

34.   The force used was excessive, unlawful and unjustified under the circumstances.

35.   The Police Officer Defendants' actions actually and proximately caused physical injury and damage to Plaintiff in an amount to be proven at trial.

36.   Plaintiff is entitled to punitive damages against the Police Officer Defendants pursuant to A.R.S. § 12-820.4 to the extent they acted outside their course and scope of their employment.

37.   Upon information and belief, for he reasons set forth herein, the City of Phonix were grossly negligent and/or negligent in the hiring and/or training and/or supervision of the Defendant Police Officers.  Had the City of Phoenix been careful in the hiring, training and/or supervision of the employee Defendants, they would not have acted in such a careless and negligent fashion in using the force they did on Plaintiff.

38.   Upon information and belief, if Defendant Police Officers had been properly trained they would not have used force the force they did on Plaintiff and not use force on his head.

39.   As a result of the Police Officer Defendants actions alleged above, Plaintiff suffered damages, physical injury, pain and suffering and endured mental and emotional distress all in an amount to be determined at trial.

40.   Defendant City of Phoenix is respondeat superior liable for the actions of Defendant Police Officers.

## COUNT FOUR
### (42 U.S.C. § 1983)

41.   The allegations set forth above are fully incorporated herein by this reference.

42.   In committing the above referenced actions and/or omissions and the

5

following, the Individual Defendant, and each of them, acted under color of state law, and engaged in conduct that was the proximate cause of a violation of Plaintiff's rights under the Fourth (excessive force) and Fourteenth Amendments to the Constitution of the United States of America, including but not limited to the right not to be subject to excessive force by law enforcement, thereby violating Plaintiff's civil rights under 42 U.S.C. § 1983.

43.     The Individual Defendants used physical force and restraint against Plaintiff that was not reasonable or justified under the circumstances and a violation of the Fourth Amendment of the United States Constitution.

44.     As a result of the Individual Defendants actions alleged above, Plaintiff suffered damages, physical injury, pain and suffering and endured mental and emotional distress all in an amount to be determined at trial.

45.     The Individual Defendant proximately caused Plaintiff damages in an amount to be proven at trial.

46.     Pursuant to 42 U.S.C. § 1983, the Individual Defendants are liable to Plaintiff for the above described violations of Plaintiff's Constitutional rights.

47.     Plaintiff is entitled to all rights, remedies, in law or in equity, available to him under 42 U.S.C. § 1983.

48.     Plaintiff is entitled to recover his reasonable costs and attorney's fees under 42 U.S.C. § 1988.

49.     Plaintiff is entitled to punitive damages.

**WHEREFORE,** Plaintiff demands judgment against Defendants as follows:

1. For compensatory damages, including but not limited to emotional distress, all in an amount to be determined at the time of trial;

2. For Attorneys fees and costs;

6

1       3.  Award Plaintiffs punitive damages in an amount to be determined at the
2   time of trial;

3       4.  And to grant such other and further relief as the Court feels is just under
4   the circumstances.

5               DATED this 30th day of September, 2016.

6                                   KEITH M. KNOWLTON, L.L.C.

7

8                           By

9                                   Keith M. Knowlton, SBN 011565
                                    Attorney for Plaintiff
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                    7



COPY

1   KEITH M. KNOWLTON, L.L.C.
2   9920 S. Rural Road, Suite 108
    PMB# 132
3   Tempe, Arizona 85284-4100
    (480) 755-1777
4   FAX (480) 471-8956
    Attorney for Plaintiff
    **Keith M. Knowlton - SBN 011565**
5   keithknowlton@msn.com

SEP 3 0 2016

MICHAEL K. JEANES, CLERK

DEPUTY CLERK

6          **IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA**

7              **IN AND FOR THE COUNTY OF MARICOPA**

8

9   Michael Davis, an individual,            )     CV 2016-096480
                                             )
10              Plaintiff,                    )
                                             )
11  vs.                                       )   **CERTIFICATE OF COMPULSORY**
                                             )   **ARBITRATION**
12  City of Phoenix;  Officer Brian Lilly    )
    #7639 and Spouse Lilly, husband and      )
13  wife; Officer Timothy Keating #8632 and  )
    Spouse Keating, husband and wife,        )
14                                           )
               Defendants.                    )
15                                           )
                                             )
16  _____     )

17        The undersigned certifies that he or she knows the dollar limits and any other

18  limitations set forth by the local rules of practice for the applicable superior court, and

19  further certifies that this case is not subject to compulsory arbitration, as provided by

20  Rules 72 through 76 of the Arizona Rules of Civil Procedure.

21

22        DATED this 30th day of September, 2016.

23                                      KEITH M. KNOWLTON, L.L.C.

24                                      By:

25                                           Keith M. Knowlton
                                             Attorney for Plaintiffs
26

1



# SUPERIOR COURT OF ARIZONA
# MARICOPA COUNTY

**FILED**
01/04/2017
by Superior Court Admin
on behalf of Clerk of the
Superior Court

Ct. Admin
Deputy

12/31/2016

### COURT ADMINISTRATION

**Case Number:** CV2016-096480

**Michael Davis**

**V.**

**City Of Phoenix**

The Judge assigned to this action is the Honorable David K. Udall

### NOTICE OF INTENT TO DISMISS FOR LACK OF SERVICE

You are hereby notified that the complaint filed on 09/30/2016 is subject to dismissal pursuant to Rule 4 (i), Arizona Rules of Civil Procedure. The deadline for completing service is 01/27/2017. If no judge has extended time for completing service and no defendants have been served by this date, this case will be dismissed.

# Superior Court of Maricopa County - integrated Court Information System
## Endorsee Party Listing
Case Number: CV2016-096480

| Party Name | Attorney Name | |
|---|---|---|
| Michael Davis | Keith M Knowlton | Bar ID: 011565 |

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
T. Hays, Deputy
1/17/2017 12:29:00 PM
Filing ID 8023081

KEITH M. KNOWLTON, L.L.C.
9920 S. Rural Road, Suite 108
PMB# 132
Tempe, Arizona 85284-4100
(480) 755-1777
FAX (480) 471-8956
Attorney for Plaintiff
**Keith M. Knowlton - SBN 011565**
keithknowlton@msn.com

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

Michael Davis, an individual,

Plaintiff,

vs.

City of Phoenix;  Officer Brian Lilly #7639 and Spouse Lilly, husband and wife; Officer Timothy Keating #8632 and Spouse Keating, husband and wife,

Defendants.

Case No. CV2016-096480

**MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS**

(The Honorable David Udall)

Plaintiff Michael Davis, through counsel, respectfully requests the Court grant an extension of thirty days (30) Defendants to be served in this matter.  Undersigned Counsel has filed a motion to withdraw as counsel this date.  Undersigned Counsel has provided the Complaint, the Certificate of Arbitration and summons to a process server to attempt service of the Complaint before the deadline of January 27, 2017 and will pay the costs of this service.  Undersigned Counsel will serve all Defendants as well with the order authorizing Counsel to withdraw after it is granted by the Court.

Plaintiff is in prison and is currently located at:

Cibola Unit
Michael J. Davis ADC # 248742
ASPC - Yuma
P.O. Box 8909
San Luis, AZ 85349

Cibola Unit Visitation can be reached at 928-627-8871 ext 16624.  This extension will assure timely service of the Complaint if a problem arises after Undersigned Counsel has been authorized to withdraw.

      WHEREFORE, for the reasons set forth above, Plaintiff requests the Court extend his deadline to service Defendants from January 27, 2017 to February 27, 2017.

      RESPECTFULLY SUBMITTED this 17th day of January, 2017.

KEITH M. KNOWLTON, L.L.C.

/s/ Keith Knowlton

_____

Keith M. Knowlton
Attorney for Plaintiff

Original filed with the
Court by ECF and one Copy sent by
First class mail this 17th day of
January, 2017 to:

Cibola Unit
Michael J. Davis ADC # 248742
ASPC - Yuma
P.O. Box 8909
San Luis, AZ 85349

/s/ Keith Knowlton

_____

Michael K. Jeanes, Clerk of Court
*** Electronically Filed ***
K. Laird, Deputy
1/17/2017 12:32:00 PM
Filing ID 8023134

1  KEITH M. KNOWLTON, L.L.C.
   9920 S. Rural Road, Suite 108
2  PMB# 132
   Tempe, Arizona 85284-4100
3  (480) 755-1777
   FAX (480) 471-8956
4  Attorney for Plaintiff
   **Keith M. Knowlton - SBN 011565**
5  keithknowlton@msn.com

6

7              **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

8                  **IN AND FOR THE COUNTY OF MARICOPA**

9

10 Michael Davis, an individual,              Case No. CV2016-096480

11              Plaintiff,                     **MOTION TO WITHDRAW AS**
                                               **COUNSEL OF RECORD FOR**
12 vs.                                         **PLAINTIFF**

13 City of Phoenix;  Officer Brian Lilly
   #7639 and Spouse Lilly, husband and
14 wife; Officer Timothy Keating #8632 and     (The Honorable David Udall)
   Spouse Keating, husband and wife,
15
16              Defendants.

17

18        Keith M. Knowlton as counsel of record for Plaintiff Michael Davis,

19 respectfully requests the Court authorize counsel to withdraw as attorney of record for

20 Plaintiff in the above captioned Case. Plaintiff consents to the withdrawal of Counsel

21 and wishes to litigate this case pro per.

22        Counsel filed the complaint and has prepared summons and sufficient copies of

23 the Complaint and Certificate of Arbitration for Plaintiff to serve and has provided

24 said copies to Plaintiff.  Plaintiff is aware of the deadlines in this case.  Plaintiff can be

25 reached at:

26

Cibola Unit
Michael J. Davis ADC # 248742
ASPC - Yuma
P.O. Box 8909
San Luis, AZ 85349

Cibola Unit Visitation can be reached at 928-627-8871 ext 16624.

WHEREFORE, for the reasons set forth above, Keith M. Knowlton respectfully request the Court immediately withdraw him as attorney of record on this case and that all pleadings and further correspondence be sent directly to Plaintiff at the above address.

RESPECTFULLY SUBMITTED this _28_ day of December, 2016.

KEITH M. KNOWLTON, L.L.C.

Keith M. Knowlton
Attorney for Plaintiff

## CONSENT

I hereby consent to Keith Knowlton withdrawing as counsel of record for me in the above captioned matter.

Dated: _12/28/16_ .

Michael J. Davis

1
2  Original filed with the
   Court and one Copy sent by
3  First class mail this 17 day of
   January, 2017 to:
4
5  Cibola Unit
   Michael J. Davis ADC # 248742
6  ASPC - Yuma
   P.O. Box 8909
7  San Luis, AZ 85349
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Granted as Submitted
***See eSignature page***

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
H. Bell, Deputy
1/24/2017 8:00:00 AM
Filing ID 8035603

1

2

3

4    **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

5          **IN AND FOR THE COUNTY OF MARICOPA**

6

7  Michael Davis, an individual,          | Case No. CV2016-096480

8                    Plaintiff,            | **ORDER GRANTING MOTION TO**
                                           | **EXTEND TIME TO SERVE**
9  vs.                                     | **DEFENDANTS**

10 City of Phoenix;  Officer Brian Lilly
   #7639 and Spouse Lilly, husband and
11 wife; Officer Timothy Keating #8632 and | (The Honorable David Udall)
   Spouse Keating, husband and wife,
12
                    Defendants.
13

14

15        Plaintiff Michael Davis, through counsel, having filed a motion for extension of

16 time to serve Defendants, and good cause appearing therein,

17        IT IS HEREBY ORDERED granting the motion and extending the time for

18 Plaintiff to serve Defendants from January 27, 2017 to February 27, 2017.

19

20        Dated: _____

21

22                                    _____

23                                    The Honorable David Udall
                                      Maricopa County Superior Court Judge
24

25

26

# eSignature Page 1 of 1

Filing ID: 8035603   Case Number: CV2016-096480
Original Filing ID: 8023081

**Granted as Submitted**



/S/ David Udall Date: 1/20/2017

Judicial Officer of Superior Court

## ENDORSEMENT PAGE

CASE NUMBER: CV2016-096480

E-FILING ID #: 8035603

SIGNATURE DATE: 1/20/2017

FILED DATE: 1/24/2017 8:00:00 AM

KEITH M KNOWLTON

BRIAN LILLY
NO ADDRESS ON RECORD

CITY OF PHOENIX
NO ADDRESS ON RECORD

TIMOTHY KEATING
NO ADDRESS ON RECORD

Granted as Submitted
***See eSignature page***

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
H. Bell, Deputy
1/24/2017 8:00:00 AM
Filing ID 8035604

1

2

3

4    IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

5    IN AND FOR THE COUNTY OF MARICOPA

6

7   Michael Davis, an individual,                Case No. CV2016-096480

8                 Plaintiff,                      **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF**

9   vs.

10  City of Phoenix;  Officer Brian Lilly #7639 and Spouse Lilly, husband and wife; Officer Timothy Keating #8632 and Spouse Keating, husband and wife,   (The Honorable David Udall)

11

12                Defendants.

13

14

15      Keith M. Knowlton having filed a motion to withdraw as counsel of record form

16  Plaintiff Michael Davis, Michael Davis having consented, and good cause appearing

17  therein,

18      IT IS HEREBY ORDERED granting the motion and withdrawing Keith M.

19  Knowlton and his form Keith M. Knowlton LLC as counsel of record for Plaintiff in

20  this case effective this date.

21      Dated: _____

22

23                              _____
                                The Honorable David Udall
24                              Maricopa County Superior Court Judge

25

26

# eSignature Page 1 of 1

Filing ID: 8035604   Case Number: CV2016-096480
Original Filing ID: 8023134

**Granted as Submitted**



/S/ David Udall Date: 1/20/2017

Judicial Officer of Superior Court

## ENDORSEMENT PAGE

CASE NUMBER: CV2016-096480

E-FILING ID #: 8035604

SIGNATURE DATE: 1/20/2017

FILED DATE: 1/24/2017 8:00:00 AM

KEITH M KNOWLTON

BRIAN LILLY
NO ADDRESS ON RECORD

CITY OF PHOENIX
NO ADDRESS ON RECORD

TIMOTHY KEATING
NO ADDRESS ON RECORD

DOCKET-CIVIL-SE

MICHAEL K. JEANES, CLERK
BY _M̅ ̅Rios̅_____ DEP
FILED

## MARICOPA COUNTY SUPERIOR COURT

17 FEB -3 PM 1: 38

| STATE  : **ARIZONA** | **CASE / INDEX / CAUSE NO.** |
| COUNTY: **MARICOPA** | **CV2016-096480** |
| COURT  : **SUPERIOR** | |

### MICHAEL DAVIS

Plaintiff / Petitioner,

vs.

### CITY OF PHOEINX et al

Defendant / Respondent.

ORIGINAL

---

## DECLARATION OF SERVICE

I, the undersigned, am a Registered Process Server and Officer Of The Court in Maricopa County in the state of Arizona.
I also declare that I personally served true copies of the following documents:

**SUMMONS**
**CERTIFICATE OF COMPULSORY ARBITRATION**
**COMPLAINT**

I personally served same said documents to:

| | | _Address:_ | _Date:_ | _Time:_ |
|---|---|---|---|---|
| 1 | BRIAN LILLY | 3822 W LAPENNA DR, NEW RIVER, AZ 85087 | 01/24/2017 | 7:00PM |
| 2 | SPOUSE LILLY | 3822 W LAPENNA DR, NEW RIVER, AZ 85087 | 01/24/2017 | 7:00PM |

I personally served above named subject(s):

| | |
|---|---|
| 1 | Personally (From myself to above named subject(s) |
| 2 | By leaving copies at the dwelling house or usual place of abode with **BRIAN LILLY (DID NOT GIVE ME SPOUSE LILIY'S TRUE NAME)** who is of suitable age and discretion residing therein |
| | By serving or leaving with _____ who stated/indicated to me that he/she is authorized to accept. |
| | By serving _____ (subjects Statutory Agent) and leaving with _____ who stated that he/she is authorized to accept. |
| | POSTING and 1ST CLASS MAILING |

I certify under penalty of perjury that the foregoing is true and correct. Executed on: **January 24, 2017**

### Contact Information:

United Process Service
P.O. Box 2559
Mesa, AZ 85214
480-833-1835
azunitedprocess@gmail.com

Jonathan S Curtis
Registered in the Arizona in County of Maricopa
Officer of the Superior Court #7222

MICHAEL A. JEANES. CLERK

BY _MM PIOS_ ___BEP
FILED

17 FEB -3 PH 1: 38

## MARICOPA COUNTY SUPERIOR COURT

| STATE : ARIZONA<br>COUNTY: MARICOPA<br>COURT : SUPERIOR | CASE / INDEX / CAUSE NO.<br>**CV2016-096480** |
|---|---|

### MICHAEL DAVIS

_Plaintiff / Petitioner,_

**vs.**

### CITY OF PHOEINX et al

_Defendant / Respondent._



---

## DECLARATION OF SERVICE

I, the undersigned, am a Registered Process Server and Officer Of The Court in Maricopa County in the state of Arizona.
I also declare that I personally served true copies of the following documents:

> **SUMMONS**
> **CERTIFICATE OF COMPULSORY ARBITRATION**
> **COMPLAINT**

| I personally served same said documents to:<br>CITY OF PHOEINX et al | _Address:_<br>200 W WASHINGTON ST #1500, PHOENIX, AZ | _Date:_<br>01/24/2017 | _Time:_<br>4:33PM |
|---|---|---|---|

I personally served above named subject(s):

|   |   |
|---|---|
|  | Personally (From myself to above named subject(s) |
|  | By leaving copies at the dwelling house or usual place of abode with _____ who is of suitable age and discretion residing therein |
| X | By serving or leaving with **DANA AGUILUZ (Special Deputy City Clerk)** who stated/indicated to me that he/she is authorized to accept. |
|  | By serving _____ (subjects Statutory Agent) and leaving with _____ who stated that he/she is authorized to accept. |
|  | POSTING and 1ST CLASS MAILING |

I certify under penalty of perjury that the foregoing is true and correct. Executed on: <u>January 24, 2017</u>

**Contact Information:**

| United Process Service<br>P.O. Box 2559<br>Mesa, AZ 85214<br>480-833-1835<br>azunitedprocess@gmail.com |
|---|

Jonathan S Curtis
Registered in the Arizona in County of Maricopa
Officer of the Superior Court #7222

MARICOPA COUNTY SUPERIOR COURT
222 E JAVALINA AVE
MESA, AZ 85204

MICHAEL K. JEANES. CLERK

BY _____ DEP
FILED

17 FEB -3 PM 1: 38

| STATE : **ARIZONA** | **CASE / INDEX / CAUSE NO.** |
| COUNTY: **MARICOPA** | **CV2016-096480** |
| COURT : **SUPERIOR** | |

## MICHAEL DAVIS

Plaintiff / Petitioner,

vs.

## CITY OF PHOENIX et al

Defendant / Respondent.

ORIGINAL

# DECLARATION OF SERVICE

I, the undersigned, am a Registered Process Server and Officer Of The Court in Maricopa County in the state of Arizona.
I also declare that I personally served true copies of the following documents:

**SUMMONS**
**CERTIFICATE OF COMPULSORY ARBITRATION**
**COMPLAINT**

I personally served same said documents to:    *Address:*    *Date:*    *Time:*
TIMOTHY KEATING #8632    2075 E MARYLAND, PHOENIX, AZ85016    01/27/2017    5:40am

I personally served above named subject(s):

| X | Personally (From myself to above named subject(s) |
| | By leaving copies at the dwelling house or usual place of abode with _____ who is of suitable age and discretion residing therein |
| | By serving or leaving with _____ who stated/indicated to me that he/she is authorized to accept. |
| | By serving _____ (subjects Statutory Agent) and leaving with _____ who stated that he/she is authorized to accept. |
| | POSTING and 1ST CLASS MAILING |

**COMMENTS:** When Officer Keating came out of the Mountain View Precinct his approach was confrontational as he reached out to accept service. When asked if he would accept service for his wife he refused. I stated we will need to serve her at your home, and he stated he would not want my job to serve a police officer's wife at their home, and would not give me his address. He asked if that was all and the walked back into the building.

I certify under penalty of perjury that the foregoing is true and correct. Executed on: **January 27, 2017**

## Contact Information:

| United Process Service |
| P.O. Box 2559 |
| Mesa, AZ 85214 |
| 480-833-1835 |
| azunitedprocess@gmail.com |

Jonathan S Curtis
Registered in the Arizona in County of Maricopa
Officer of the Superior Court #7222